ACCEPTED
01-14-00687-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 2:12:27 PM
CHRISTOPHER PRINE
CLERK

# PORTER HEDGES LLP

**Lauren B. Harris**
Partner
BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF
LEGAL SPECIALIZATION
(713) 226-6624 Phone
(713) 226-6224 Fax
LHarris@porterhedges.com

1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000 TEL
(713) 228-1331 FAX
porterhedges.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 2:12:27 PM
CHRISTOPHER A. PRINE
Clerk

June 16, 2015

000550-0021
000550-0026

***Via Electronic Service***

Clerk, First Court of Appeals
301 Fannin
Houston, Texas 77002

> Re:    Cause No.: 01-12-00906-CV; *John Moore Services, Inc. and John Moore Renovation, LLC v. The Better Business Bureau of Metropolitan Houston, Inc.*
>       and
>       Cause No.: 01-14-00687-CV; *The Better Business Bureau of Metropolitan Houston Education Foundation, et al. v. John Moore Services, Inc., et al.*

Dear Mr. Prine:

On April 1, 2015, the Court entered an order referring the above-referenced cases to mediation. The mediation is presently scheduled for June 29, 2015. In the court's order, it also tentatively set the 01-14-00906-CV case for oral argument on June 30, 2015 should oral argument be granted. Given the proximity of the tentative setting, can you please advise whether the Court intends for the parties to present oral argument on that date if the parties are unable to settle their dispute at mediation?

Should the Court decide that oral argument would be appropriate at a later date, I would like to advise the Court that I will be out of the country on a family vacation from July 25th through August 9, 2015. It would be greatly appreciated if any potential argument setting did not fall within that two week time frame.

Please feel free to contact me should you have any questions.

> Very truly yours,
>
> */s/ Lauren B. Harris*
>
> Lauren B. Harris

LBH/cld

cc:      Douglas Pritchett    (Via electronic service)
            Jeffrey R. Elkin       [*Firm*]

4982708v1